MISSOURI TRUST COMPANY, Respondent, v. THOMAS CUN-
NINGHAM et al., Appellants.

Kansas City Court of Appeals, October 30, 1899.

**Mortgages:** AMENDMENT OF 1893: FORECLOSURE EMBLEMENTS.    This case is affirmed on the authority of Walton v. Fudge, 63 Mo. App. 52.

Appeal from the Nodaway Circuit Court.—*Hon.  C.  A. Anthony,* Judge.

AFFIRMED.

W. C. Ellison for appellant.

C. A. Anthony and J. W. Tompson for respondent.

ELLISON, J.—The action is replevin for a standing crop of corn and judgment was for plaintiff in the circuit

court. The appeal was taken to the supreme court on the ground of constitutional question. It was transferred here as not involving such question, or, at least, that it was not raised on the record.

Plaintiff purchased the premises at a sale under provisions of a deed of trust executed *prior* to law of 1893 (Laws 1893, p. 210) and defendants are tenants of the grantor in the deed of trust who grew the corn *after* that law went into effect. The case is in all material respect like that of Walton v. Fudge, 63 Mo. App. 52, and must be governed by that case. See also Reed v. Swan, 133 Mo. 100.

The judgment is affirmed. All concur.